PER CURIAM.
Affirmed. State v. Murray, 443 So.2d 955 (Fla.1984); Frenette v. State, 158 Fla. 675, 29 So.2d 869 (1947); Bonham v. State, 450 So.2d 269 (Fla. 3d DCA 1984); Stanley v. State, 357 So.2d 1031 (Fla.3d DCA 1978); White v. State, 348 So.2d 1170 (Fla. 3d DCA 1977); McDuffie v. State, 343 So.2d 95 (Fla. 3d DCA 1977); Abbott v. State, 334 So.2d 642 (Fla. 3d DCA 1976); Rodriguez v. State, 327 So.2d 903 (Fla. 3d DCA 1976).